IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THURMAN P. BUNNELL, JR.,
    Plaintiff,

vs.                                          Case No.:  3:07cv396/LAC/EMT

RONALD SWANSON, et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 29, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

     Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Plaintiff's notice of voluntary dismissal (Doc. 6) is **GRANTED** and this case is **DISMISSED without prejudice**.

     **DONE AND ORDERED** this 11th day of December, 2007.

                                                          s/*L.A. Collier*
                                                          **LACEY A. COLLIER**
                                                          **SENIOR UNITED STATES DISTRICT JUDGE**